KALAMA M. LUI-KWAN (SBN 242121)
kml@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111-3715
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant, Cross-Complainant, and Cross-Claimant
AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 4580 THOUSAND OAKS BOULEVARD CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HARRY FELDMAN, an individual; IN-THREE, INC., a Nevada corporation; NEIL FELDMAN, an individual; and AMERICAN STOCK TRANSFER & TRUST COMPANY, a New York limited liability company,<br><br>Defendants.<br>_____<br>AMERICAN STOCK TRANSFER & TRUST COMPANY, LLC<br><br>Counter-Claimant,<br><br>v.<br><br>4580 THOUSAND OAKS BOULEVARD CORPORATION, a California corporation, et al.,<br><br>Counter-Defendants | Case No.: CV 12-04462 FMO (JCGx)<br><br>**NOTICE OF DISMISSAL OF COUNTER-CLAIM AND CROSS-CLAIM; AND ORDER THEREON** |

12290.0001/2650909.1 _____

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Defendant, Cross-Claimant, and Counter-Claimant American Stock Transfer & Trust Company, LLC, hereby gives notice of its dismissal of its Counter-Claim and Cross-Claim [Doc 17], with prejudice, as to each and every cross-defendant and counter-defendant therein.

DATED: April 4, 2013      BACKUS, BLAND, NAVARRO & WEBER, LLP

By:  /s/ *Stephen L. Backus*
    STEPHEN L. BACKUS
    DAVID D. ERNST

Attorneys for Plaintiff and Counter-Defendant 4580 THOUSAND OAKS BOULEVARD CORPORATION

DATED: April 4, 2013      TISDALE & NICHOLSON, LLP

By:  /s/ *Guy C. Nicholson*
    GUY C. NICHOLSON

Attorneys for Defendants and Cross-Defendants IN-THREE, INC., AND NEIL FELDMAN

DATED: April 4, 2013      COLE, SCHOTZ, MEISEL, FORMAN & LEONARD, P.A.

By:  /s/ *Michael Warner*
    MICHAEL WARNER

Attorneys for Defendant and Cross-Defendant HARRY FELDMAN by his attorney-in-fact, Evan Stein, under power of attorney dated December 2, 2008

12290.0001/2650909.1

NOTICE OF DISMISSAL

DATED:  April 12, 2013

SEVERSON & WERSON
A Professional Corporation

By:     /s/ *Kalama M. Lui-Kwan*
         Kalama M. Lui-Kwan

Attorneys for Defendant, Cross-Complainant and Counter-Claimant AMERICAN STOCK TRUST & TRUST COMPANY, LLC

IT IS SO ORDERED:

DATED:  April  15 , 2013

/s/

Fernando M. Olguin
United States District Judge

12290.0001/2650909.1

NOTICE OF DISMISSAL